UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL A. DEFRANCO and
MICHELLE ENGELR,

                      Plaintiffs,

                                                                               <u>DECISION AND ORDER</u>

                                                                                 06-CV-6442L

                    v.

THE TOWN OF IRONDEQUOIT, et al.,

                      Defendants.
_____

       By decision and order entered in November 2009 (Dkt. #50), this Court affirmed Magistrate Judge Payson's decision (Dkt. #40) denying plaintiffs' request to compel disclosure of the identity of a confidential informant who provided information which was contained in an application for a search warrant.

       Now, two years after this Court's decision, plaintiffs move (Dkt. #57) for "relief" from the Court's prior decision of November 16, 2009 (Dkt. #50). In essence, the motion is one for reconsideration.

       Plaintiffs' motion (Dkt. #57) is in all respects denied. To the extent the plaintiff has other issues relating to the scope of discovery, those matters should be raised with Magistrate Judge Payson who is charged with supervising such discovery.

       IT IS SO ORDERED.

                                        _____
                                           DAVID G. LARIMER
                                       United States District Judge

Dated: Rochester, New York
       January 20, 2012.